Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA  99216
509-443-3014

Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

BAIRD, MATHEW J.

BAIRD, ROBYN B.

)  Case No.: 25-02100-FPC13
)
)  MODIFICATION OF CHAPTER 13 PLAN and
)  CERTIFICATE OF NO ADVERSE EFFECT
)
)
)

Debtors Mathew and Robyn Baird, by and through counsel Rebecca Sheppard, modify the Chapter 13 Plan as follows:

1.  Plan Part 5.2.1 shall read:

**5.2.1    TIMELY FILED**

Unsecured creditors not entitled to priority, who file a proof of claim within the deadline provided in the Notice of Chapter 13 Bankruptcy Case shall receive a dividend over the term of plan pro rata as follows:

| | | |
|---|---|---|
| ☐ Base Plan: | | Payment of their allowed claims to the extent of the funds remaining after payment of administrative expenses, continuing, executory contract/unexpired lease, secured, arrearage/default, priority and separate classification claims. |
| ☒ 100% Plan: | | Full payment of their allowed claims. |
| ☐ 100% Plan: | | Full payment of their allowed claims after full payment of allowed unsecured claims, then allowed unsecured claims that are non-dischargeable under 11 U.S.C.  1328(a) shall receive pro rata payments for interest to the extent funds are available in the plan at the interest rate set forth below. |

Dated: 1/6/26

/s/ Rebecca J. Sheppard
Rebecca J. Sheppard, WSBA# 40220
Attorney for Debtor

1- Modification of Plan

CERTIFICATE OF DEBTOR'S ATTORNEY

There are no changes to the plan other than as provided above.  No unsecured creditors will be adversely affected by the modification.

/s/ Rebecca J. Sheppard
Rebecca J Sheppard, WSBA # 40220
Attorney for Debtor

2- Modification of Plan